# EXHIBIT 13

| | |
|---|---|
| **From:** | Jamal Murray <jamalm@plano.gov> on behalf of Jamal Murray |
| **Sent:** | Thursday, September 17, 2009 6:43 PM |
| **To:** | corporate.trust@us.hsbc.com |
| **Cc:** | nancy.x.luong@us.hsbc.com |
| **Subject:** | RE: Code Violations |
| **Attachments:** | _.gif; _.jpeg |

Thanks for the information.  May I have a point of contact for Litton Loan Servicer?

Thanks in advance,

Jamal D. Murray, Sr.

Property Standards Specialist

Property Standards Department

972-941-7535

jamalm@plano.gov

1

HSBCCTLA1071512



**From:** nancy.x.luong@us.hsbc.com [mailto:nancy.x.luong@us.hsbc.com] **On Behalf Of** corporate.trust@us.hsbc.com

**Sent:** Thursday, September 17, 2009 8:19 AM

**To:** Jamal Murray

**Subject:** Re: Code Violations

Thank you for your inquiry.

Your inquiry has been forwarded to Litton Loan Servicer.

Please note that, when HSBC takes title to a property in a trustee capacity, we do not participate in the management of the property.

The property in question is managed by Litton Loan Servicer.

Litton Loan is the servicer, HSBC as Trustee, series: Fremont 2006-BP1, loan #:

**To:**	Corporate Trust@HSBC02

**Subject:**	CodeViolations

Please contact the Property Standards Department in order to discuss violations at the property. A notice of violation has been sent and received. However, the violations have not been cured. Please see the Cad information below for additional details.

Jamal D. Murray, Sr.

Property Standards Specialist

Property Standards Department

972-941-7535

jamalm@plano.gov



HSBCCTLA1071514

******************************************************************

This message originated from the Internet. Its originator may or

may not be who they claim to be and the information contained in

the message and any attachments may or may not be accurate.

******************************************************************




******************************************************************

This E-mail is confidential. It may also be legally privileged. If

you are not the addressee you may not copy, forward, disclose or

use any part of it. If you have received this message in error,

please delete it and all copies from your system and notify the

sender immediately by return E-mail.


Internet communications cannot be guaranteed to be timely, secure,

error or virus-free. The sender does not accept liability for any

errors or omissions.

******************************************************************

SAVE PAPER - THINK BEFORE YOU PRINT!

HSBCCTLA1071515