August 1, 2016

**VIA ECF**

Honorable Sarah Netburn
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 430
New York, New York 10007

> Re: *Coordinated RMBS Trustee Actions Against HSBC Bank USA, Nat'l Ass'n*,
> Nos. 14-cv-08175-LGS-SN; 14-cv-09366-LGS-SN; 14-cv-10101-LGS-SN; 15-cv-02144-LGS-SN; 15-cv-10032-LGS-SN; and 15-cv-10096-LGS-SN

Dear Judge Netburn,

On behalf of the parties in the above-referenced actions, we write jointly to: (i) provide an update on the status of the BlackRock Plaintiffs' counterparty and prior holder discovery pursuant to the June 2, 2016 Order; (ii) apprise the Court of the status of the parties' discussions concerning an agreed-upon loan file re-underwriting protocol in accordance with the Court's direction at the June 29, 2016 hearing; and (iii) address the Court's July 28, 2016 Order scheduling a status conference for Thursday, August 11, 2016, at 2:30 p.m. to discuss outstanding disputes regarding the parties' document productions.

**I.   Update Regarding the Parties' Discussions Concerning a Proposed Protocol for Loan File Re-Underwriting**

Consistent with the Court's instructions at the June 29, 2016 hearing, Plaintiffs circulated a draft proposed Loan File Re-Underwriting Protocol ("LFRUP") for HSBC's consideration.[1] The parties have since met and conferred, including by correspondence and telephone, regarding various questions and issues related to the LFRUP.

HSBC is in the process of reviewing and analyzing the LFRUP. HSBC has requested some additional information concerning Plaintiffs' proposed LFRUP, and Plaintiffs have agreed to provide this. The parties intend to continue their discussions and anticipate providing the Court with a further status update regarding the LFRUP at the next status conference.

**II.   The BlackRock Plaintiffs' Counterparty and Prior Holder Discovery**

In accordance with the Court's June 2, 2016 Order, the BlackRock Plaintiffs have issued business records subpoenas to the counter-parties for Plaintiffs' transactions in the securities at

---

[1] The *Triaxx* Plaintiffs are not planning to sample.

Honorable Sarah Netburn
August 1, 2016
Page 2

issue in the BlackRock action. The BlackRock Plaintiffs have received responses thus far from twenty-two of these counter-parties. The BlackRock Plaintiffs are following up with the remaining counter-parties from whom they have not yet received a response.

As reflected by the BlackRock Plaintiffs' chart attached as Exhibit 1, and the objections and responses received thus far of the counter-parties who have responded (copies of which have been provided to HSBC), two of the counter-parties have indicated that they are unable to produce documents sufficient to establish the identities of the prior holders of certain securities currently held by the BlackRock Plaintiffs in their action, and one has indicated that it may refuse to produce documents based on its objections to the subpoena, but has indicated it is willing to meet and confer about the subpoena. Three have indicated their willingness to search for and produce responsive documents. Sixteen responding counter-parties have produced documents sufficient to establish the identities of the prior holders of certain of the securities held by the BlackRock Plaintiffs in their action.

Pursuant to the June 2, 2016 Order, the BlackRock Plaintiffs are in the process of issuing subpoenas to the newly-identified prior owners, seeking to obtain transaction-level documents showing the dates, purchase price, and counter-parties for the prior purchase of each certificate. These subpoenas have return dates prior to the end of August 2016, at which time the BlackRock Plaintiffs will provide a further status update on this matter.

### III.     **The Parties' Outstanding Discovery Disputes and August 11, 2016 Status Conference**

In response to the parties' correspondence dated July 15 and July 20, 2016, the Court issued an Order on July 28, 2016 (i) instructing the parties to meet and confer to resolve any remaining discovery disputes, (ii) provide a written status update on their disputes no later than August 9, 2016, and (iii) appear for a status conference on August 11, 2016.

The parties continue to meet and confer as directed by the Court, and will present any remaining disputes to the Court promptly. However, the parties note that the party document productions are to be substantially completed by August 11, the same date as currently set for the next status conference with the Court. In light of this, the parties submit that a status update and conference to address any remaining disputes would be more productive after completion of the ongoing meet and confer discussions and expiration of the August 11 party document production deadline. Accordingly, the parties respectfully request a continuance of the August 11 conference to the week of August 15, or the Court's next earliest convenience. The parties shall provide a joint report of any remaining discovery disputes two days in advance of that conference.

Honorable Sarah Netburn
August 1, 2016
Page 3

Respectfully submitted,

 /s/ Benjamin Galdston
Benjamin Galdston
Bernstein Litowitz Berger
    & Grossmann LLP
*Counsel for Plaintiffs
BlackRock Balanced Capital
Portfolio (FI), et al.*

 /s/ Christopher M. Wood
Christopher M. Wood
Robbins Geller Rudman
    & Dowd LLP
*Counsel for Plaintiff Royal
Park Investments SA/NV*

 /s/ Kevin M. Hodges
Kevin M. Hodges
Edward C. Reddington
Williams & Connolly LLP
*Counsel for Defendant HSBC
Bank USA, N.A.*


 /s/ John A. Libra
John A. Libra
Korein Tillery, LLC
*Counsel for Plaintiffs
National Credit Union
Administration Board, et al.*

 /s/ Steven S. Fitzgerald
Steven S. Fitzgerald
Wollmuth Maher
    & Deutsch LLP
*Counsel for Plaintiffs
Phoenix Light SF Limited, et
al. and Commerzbank AG*

 /s/ John G. Moon
John G. Moon
Miller & Wrubel PC
*Counsel for Plaintiffs Triaxx
Prime CDO 2006-1, Ltd., et
al.*

| | Plaintiff Fund | Trust | Tranche | CUSIP | Trust Name | Trustee | Location | Subpoena Response | Prior Holder(s) Identified By Purchase Counterparty |
|---|---|---|---|---|---|---|---|---|---|
| 1 | PIMCO Dynamic Income Fund | DBALT 2006-AR5 | DBALT 2006-AR5 21A | 25150NAT1 | Deutsche Alt-A Securities, Inc. Mortgage Loan Trust, Series 2006-AR5 | HSBC Bank (Bellwether) | Depository Trust CO 55 Water St Floor 22 New York, NY 10041 | No prior holder identified | N/A |
| 2 | PIMCO Funds: PIMCO Total Return Fund | DBALT 2007-OA1 | DBALT 2007-OA1 A1 | 25151VAA3 | Deutsche Alt-A Securities, Inc. Mortgage Loan Trust, Series 2007-OA1 | HSBC Bank (Bellwether) | Depository Trust CO 55 Water St Floor 22 New York, NY 10041 | Prior holder(s) partially identified | Miller, Anderson & Sherrerd |
| 3 | PIMCO Funds: PIMCO Total Return Fund | DBALT 2007-OA1 | DBALT 2007-OA1 A1 | 25151VAA3 | Deutsche Alt-A Securities, Inc. Mortgage Loan Trust, Series 2007-OA1 | HSBC Bank (Bellwether) | Depository Trust CO 55 Water St Floor 22 New York, NY 10041 | No prior holder identified | N/A |
| 4 | PIMCO Absolute Return Strategy IV Master Fund LDC | DBALT 2007-OA1 | DBALT 2007-OA1 A1 | 25151VAA3 | Deutsche Alt-A Securities, Inc. Mortgage Loan Trust, Series 2007-OA1 | HSBC Bank (Bellwether) | Depository Trust CO 55 Water St Floor 22 New York, NY 10041 | Prior holder(s) partially identified | Morgan Stanley |
| 5 | PIMCO Funds: PIMCO Income Fund | DBALT 2007-OA1 | DBALT 2007-OA1 A1 | 25151VAA3 | Deutsche Alt-A Securities, Inc. Mortgage Loan Trust, Series 2007-OA1 | HSBC Bank (Bellwether) | Depository Trust CO 55 Water St Floor 22 New York, NY 10041 | Prior holder(s) partially identified | Morgan Stanley |
| 6 | PIMCO Income Opportunity Fund | DBALT 2007-OA1 | DBALT 2007-OA1 A1 | 25151VAA3 | Deutsche Alt-A Securities, Inc. Mortgage Loan Trust, Series 2007-OA1 | HSBC Bank (Bellwether) | Depository Trust CO 55 Water St Floor 22 New York, NY 10041 | Prior holder(s) partially identified | Morgan Stanley |
| 7 | PIMCO Absolute Return Strategy IV IDF LLC | DBALT 2007-OA1 | DBALT 2007-OA1 A1 | 25151VAA3 | Deutsche Alt-A Securities, Inc. Mortgage Loan Trust, Series 2007-OA1 | HSBC Bank (Bellwether) | Depository Trust CO 55 Water St Floor 22 New York, NY 10041 | Prior holder(s) partially identified | Morgan Stanley |
| 8 | PIMCO Funds: Global Investors Series plc, Income Fund | FHLT 2006-C | FHLT 2006-C 2A2 | 35729TAD4 | Fremont Home Loan Trust 2006-C | HSBC Bank (Bellwether) | Depository Trust CO 55 Water St Floor 22 New York, NY 10041 | Prior holder(s) partially identified | Palmi Capital Management |
| 9 | PIMCO Funds: PIMCO Income Fund | MLMBS 2007-2 | MLMBS 2007-2 1A1 | 59025GAA9 | Merrill Lynch Mortgage Backed Securities Trust, 2007-2 | HSBC Bank (Bellwether) | Depository Trust CO 55 Water St Floor 22 New York, NY 10041 | No prior holder identified | N/A |
| 10 | PIMCO Funds: PIMCO Income Fund | MLMBS 2007-2 | MLMBS 2007-2 1A1 | 59025GAA9 | Merrill Lynch Mortgage Backed Securities Trust, 2007-2 | HSBC Bank (Bellwether) | Depository Trust CO 55 Water St Floor 22 New York, NY 10041 | No prior holder identified | N/A |
| 11 | PIMCO Funds: Private Account Portfolio Series Short-Term Portfolio | MSM 2004-2AR | MSM 2004-2AR 1A | 61748HAA9 | Morgan Stanley Mortgage Loan Trust 2004-2AR | HSBC Bank (Bellwether) | Depository Trust CO 55 Water St Floor 22 New York, NY 10041 | No prior holder identified | N/A |
| 12 | PIMCO Funds: Global Investors Series plc, Income Fund | NAA 2005-AR6 | NAA 2005-AR6 4A1 | 65535VRK6 | Nomura Asset Acceptance Corporation, Alternative Loan Trust, Series 2005-AR6 | HSBC Bank (Bellwether) | Depository Trust CO 55 Water St Floor 22 New York, NY 10041 | No prior holder identified | N/A |
| 13 | PIMCO Funds: PIMCO Total Return Fund | NHELI 2007-1 | NHELI 2007-1 1A4 | 65537KAY6 | Nomura Home Equity Loan, Inc., Home Equity Loan Trust, Series 2007-1 | HSBC Bank (Bellwether) | Depository Trust CO 55 Water St Floor 22 New York, NY 10041 | No prior holder identified | N/A |
| 14 | PIMCO Funds: Global Investors Series plc, Income Fund | NHELI 2007-1 | NHELI 2007-1 1A4 | 65537KAY6 | Nomura Home Equity Loan, Inc., Home Equity Loan Trust, Series 2007-1 | HSBC Bank (Bellwether) | Depository Trust CO 55 Water St Floor 22 New York, NY 10041 | Identified prior holder(s) | Barclays Capital Inc. Fixed Income |
| 15 | PIMCO Funds: PIMCO Unconstrained Bond Fund | NHELI 2007-1 | NHELI 2007-1 1A4 | 65537KAY6 | Nomura Home Equity Loan, Inc., Home Equity Loan Trust, Series 2007-1 | HSBC Bank (Bellwether) | Depository Trust CO 55 Water St Floor 22 New York, NY 10041 | No prior holder identified | N/A |

| | Plaintiff Fund | Trust | Tranche | CUSIP | Trust Name | Trustee | Location | Subpoena Response | Prior Holder(s) Identified By Purchase Counterparty |
|---|---|---|---|---|---|---|---|---|---|
| 16 | PIMCO Funds: Global Investors Series plc, Euro Income Bond Fund | NHELI 2007-1 | NHELI 2007-1 1A4 | 65537KAY6 | Nomura Home Equity Loan, Inc., Home Equity Loan Trust, Series 2007-1 | HSBC Bank (Bellwether) | Depository Trust CO 55 Water St Floor 22 New York, NY 10041 | No prior holder identified | N/A |
| 17 | PIMCO Funds: PIMCO Total Return Fund | OPMAC 2005-1 | OPMAC 2005-1 M1 | 68383NAF0 | Opteum Mortgage Acceptance Corporation Trust Series 2005-1 | HSBC Bank (Bellwether) | Depository Trust CO 55 Water St Floor 22 New York, NY 10041 | No prior holder identified | N/A |
| 18 | PIMCO Funds: PIMCO Total Return Fund | SEMT 2004-3 | SEMT 2004-3 A | 81744FAZ0 | Sequoia Mortgage Trust 2004-3 | HSBC Bank (Bellwether) | Depository Trust CO 55 Water St Floor 22 New York, NY 10041 | Identified prior holder(s) | PIMCO Low Duration Fund |
| 19 | PIMCO Funds: PIMCO Total Return Fund | SEMT 2004-3 | SEMT 2004-3 A | 81744FAZ0 | Sequoia Mortgage Trust 2004-3 | HSBC Bank (Bellwether) | Depository Trust CO 55 Water St Floor 22 New York, NY 10041 | No prior holder identified | N/A |
| 20 | PIMCO Funds: Private Account Portfolio Series Short-Term Portfolio | SEMT 2004-3 | SEMT 2004-3 A | 81744FAZ0 | Sequoia Mortgage Trust 2004-3 | HSBC Bank (Bellwether) | Depository Trust CO 55 Water St Floor 22 New York, NY 10041 | Identified prior holder(s) | Fidelity Investments |
| 21 | PIMCO Funds: Private Account Portfolio Series Short-Term Portfolio | SEMT 2004-3 | SEMT 2004-3 A | 81744FAZ0 | Sequoia Mortgage Trust 2004-3 | HSBC Bank (Bellwether) | Depository Trust CO 55 Water St Floor 22 New York, NY 10041 | No prior holder identified | N/A |
| 22 | PIMCO Funds: Private Account Portfolio Series Short-Term Portfolio | SEMT 2004-3 | SEMT 2004-3 A | 81744FAZ0 | Sequoia Mortgage Trust 2004-3 | HSBC Bank (Bellwether) | Depository Trust CO 55 Water St Floor 22 New York, NY 10041 | Identified prior holder(s) | BNP Paribas Prime Brokerage Inc. |
| 23 | PIMCO Funds: Private Account Portfolio Series Short-Term Portfolio | SEMT 2004-3 | SEMT 2004-3 A | 81744FAZ0 | Sequoia Mortgage Trust 2004-3 | HSBC Bank (Bellwether) | Depository Trust CO 55 Water St Floor 22 New York, NY 10041 | No prior holder identified | N/A |
| 24 | PIMCO Funds: PIMCO Real Return Fund | SEMT 2004-3 | SEMT 2004-3 A | 81744FAZ0 | Sequoia Mortgage Trust 2004-3 | HSBC Bank (Bellwether) | Depository Trust CO 55 Water St Floor 22 New York, NY 10041 | No prior holder identified | N/A |
| 25 | PIMCO Funds: PIMCO International Company Fundamental IndexPLUS® AR Strategy Fund, n/k/a PIMCO Funds: PIMCO RAE Fundamental PLUS International Fund | SEMT 2004-3 | SEMT 2004-3 A | 81744FAZ0 | Sequoia Mortgage Trust 2004-3 | HSBC Bank (Bellwether) | Depository Trust CO 55 Water St Floor 22 New York, NY 10041 | No prior holder identified | N/A |
| 26 | PIMCO Funds: PIMCO International Company Fundamental IndexPLUS® AR Strategy Fund, n/k/a PIMCO Funds: PIMCO RAE Fundamental PLUS International Fund | SEMT 2004-3 | SEMT 2004-3 A | 81744FAZ0 | Sequoia Mortgage Trust 2004-3 | HSBC Bank (Bellwether) | Depository Trust CO 55 Water St Floor 22 New York, NY 10041 | No response | N/A |
| 27 | PIMCO Funds: PIMCO Small Company Fundamental IndexPLUS® AR Strategy Fund, n/k/a PIMCO Funds: PIMCO RAE Fundamental PLUS Small Fund | SEMT 2004-3 | SEMT 2004-3 A | 81744FAZ0 | Sequoia Mortgage Trust 2004-3 | HSBC Bank (Bellwether) | Depository Trust CO 55 Water St Floor 22 New York, NY 10041 | No prior holder identified | N/A |

| # | Plaintiff Fund | Trust | Tranche | CUSIP | Trust Name | Trustee | Location | Subpoena Response | Prior Holder(s) Identified By Purchase Counterparty |
|---|---|---|---|---|---|---|---|---|---|
| 28 | PIMCO Cayman SPC Limited: PIMCO Cayman Japan Low Duration Segregated Portfolio | SEMT 2004-3 | SEMT 2004-3 A | 81744FAZ0 | Sequoia Mortgage Trust 2004-3 | HSBC Bank (Bellwether) | Depository Trust CO 55 Water St Floor 22 New York, NY 10041 | No prior holder identified | N/A |
| 29 | PIMCO Funds: Global Investors Series plc, Global Investment Grade Credit Fund | SEMT 2004-4 | SEMT 2004-4 A | 81744FBF3 | Sequoia Mortgage Trust 2004-4 | HSBC Bank (Bellwether) | Depository Trust CO 55 Water St Floor 22 New York, NY 10041 | No prior holder identified | N/A |
| 30 | PIMCO Funds: PIMCO Long-Term Credit Fund | SEMT 2004-4 | SEMT 2004-4 A | 81744FBF3 | Sequoia Mortgage Trust 2004-4 | HSBC Bank (Bellwether) | Depository Trust CO 55 Water St Floor 22 New York, NY 10041 | Identified prior holder(s) | PIMCO Investment Grade Corporate Bond Fund |
| 31 | PIMCO Funds: Private Account Portfolio Series Asset-Backed Securities Portfolio | SEMT 2004-4 | SEMT 2004-4 A | 81744FBF3 | Sequoia Mortgage Trust 2004-4 | HSBC Bank (Bellwether) | Depository Trust CO 55 Water St Floor 22 New York, NY 10041 | No response | N/A |
| 32 | PIMCO Funds: Private Account Portfolio Series Asset-Backed Securities Portfolio | SEMT 2004-4 | SEMT 2004-4 A | 81744FBF3 | Sequoia Mortgage Trust 2004-4 | HSBC Bank (Bellwether) | Depository Trust CO 55 Water St Floor 22 New York, NY 10041 | No prior holder identified | N/A |
| 33 | PIMCO Funds: PIMCO Total Return Fund | SEMT 2004-4 | SEMT 2004-4 A | 81744FBF3 | Sequoia Mortgage Trust 2004-4 | HSBC Bank (Bellwether) | Depository Trust CO 55 Water St Floor 22 New York, NY 10041 | No prior holder identified | N/A |
| 34 | PIMCO Funds: Private Account Portfolio Series Asset-Backed Securities Portfolio | SEMT 2004-5 | SEMT 2004-5 A1 | 81744FBS5 | Sequoia Mortgage Trust 2004-5 | HSBC Bank (Bellwether) | Depository Trust CO 55 Water St Floor 22 New York, NY 10041 | Identified prior holder(s) | Wellington Management |
| 35 | PIMCO Funds: Private Account Portfolio Series Asset-Backed Securities Portfolio | SEMT 2004-5 | SEMT 2004-5 A1 | 81744FBS5 | Sequoia Mortgage Trust 2004-5 | HSBC Bank (Bellwether) | Depository Trust CO 55 Water St Floor 22 New York, NY 10041 | Identified prior holder(s) | Western Asset Management |
| 36 | PIMCO Absolute Return Strategy 3D Offshore Fund Ltd. | SEMT 2004-5 | SEMT 2004-5 A3 | 81744FCF2 | Sequoia Mortgage Trust 2004-5 | HSBC Bank (Bellwether) | Depository Trust CO 55 Water St Floor 22 New York, NY 10041 | Identified prior holder(s) | Skandinaviska Enskilda Banken AB |
| 37 | PIMCO Funds: PIMCO Income Fund | SEMT 2004-8 | SEMT 2004-8 A1 | 81744FDJ3 | Sequoia Mortgage Trust 2004-8 | HSBC Bank (Bellwether) | Depository Trust CO 55 Water St Floor 22 New York, NY 10041 | Identified prior holder(s) | RBS Securities |
| 38 | PIMCO Cayman Trust: PIMCO Cayman Total Return Strategy Fund | SEMT 2005-2 | SEMT 2005-2 A2 | 81744FGZ4 | Sequoia Mortgage Trust 2005-2 | HSBC Bank (Bellwether) | Depository Trust CO 55 Water St Floor 22 New York, NY 10041 | Identified prior holder(s) | Ahdia Investment Advisors, Inc. |
| 39 | PIMCO Cayman Trust: PIMCO Cayman Total Return Strategy Fund | SEMT 2005-2 | SEMT 2005-2 A2 | 81744FGZ4 | Sequoia Mortgage Trust 2005-2 | HSBC Bank (Bellwether) | Depository Trust CO 55 Water St Floor 22 New York, NY 10041 | No prior holder identified | N/A |
| 40 | PIMCO Cayman SPC Limited: PIMCO Cayman Unconstrained Bond Segregated Portfolio | SEMT 2005-2 | SEMT 2005-2 A2 | 81744FGZ4 | Sequoia Mortgage Trust 2005-2 | HSBC Bank (Bellwether) | Depository Trust CO 55 Water St Floor 22 New York, NY 10041 | No prior holder identified | N/A |
| 41 | PIMCO Funds: Private Account Portfolio Series Short-Term Portfolio | SEMT 2005-2 | SEMT 2005-2 A2 | 81744FGZ4 | Sequoia Mortgage Trust 2005-2 | HSBC Bank (Bellwether) | Depository Trust CO 55 Water St Floor 22 New York, NY 10041 | Identified prior holder(s) | Ahdia Investment Advisors, Inc. |
| 42 | PIMCO Funds: PIMCO Total Return Fund | STALT 2006-1F | STALT 2006-1F 1A3 | 86800RAC5 | SunTrust Alternative Loan Trust 2006-1F | HSBC Bank (Bellwether) | Depository Trust CO 55 Water St Floor 22 New York, NY 10041 | No response | N/A |

| | Plaintiff Fund | Trust | Tranche | CUSIP | Trust Name | Trustee | Location | Subpoena Response | Prior Holder(s) Identified By Purchase Counterparty |
|---|---|---|---|---|---|---|---|---|---|
| 43 | PIMCO Dynamic Income Fund | STALT 2006-1F | STALT 2006-1F 3A | 86800RAF8 | SunTrust Alternative Loan Trust 2006-1F | HSBC Bank (Bellwether) | Depository Trust CO 55 Water St Floor 22 New York, NY 10041 | No prior holder identified | N/A |
| 44 | PIMCO Dynamic Income Fund | STALT 2006-1F | STALT 2006-1F 3A | 86800RAF8 | SunTrust Alternative Loan Trust 2006-1F | HSBC Bank (Bellwether) | Depository Trust CO 55 Water St Floor 22 New York, NY 10041 | No prior holder identified | N/A |
| 45 | PIMCO Bermuda Trust II: PIMCO Bermuda Income Fund (M) | WFHET 2006-2 | WFHET 2006-2 M1 | 9497EAAE1 | Wells Fargo Home Equity Asset-Backed Securities 2006-2 Trust | HSBC Bank (Bellwether) | Depository Trust CO 55 Water St Floor 22 New York, NY 10041 | No prior holder identified | N/A |
| 46 | PIMCO Funds: PIMCO CommoditiesPLUS® Strategy Fund | WFHET 2006-2 | WFHET 2006-2 M1 | 9497EAAE1 | Wells Fargo Home Equity Asset-Backed Securities 2006-2 Trust | HSBC Bank (Bellwether) | Depository Trust CO 55 Water St Floor 22 New York, NY 10041 | Identified prior holder(s) | AG Securitized Asset Recovery Fund LP (NSCC 0352) c/o Angelo, Gordon & Co LP<br><br>JP Morgan Chase F/A/O AG Mortgage Value Partners Masterfund, L.P.<br><br>AG MVP Plus SG II L.P. c/o Angelo, Gordon & Co. LP<br><br>(JPMSRMB) JP Morgan Clearing Corp F/A/O AG Super RMBS LLC<br><br>Goldman, Sachs & Co. |
| 47 | PIMCO Global Credit Opportunity Master Fund LDC | WFHET 2007-2 | WFHET 2007-2 A3 | 9497EYAC3 | Wells Fargo Home Equity Asset-Backed Securities 2007-2 Trust | HSBC Bank (Bellwether) | Depository Trust CO 55 Water St Floor 22 New York, NY 10041 | Identified prior holder(s) | Permit Capital Group<br><br>Napier Park |
| 48 | PIMCO Offshore Funds: PIMCO Offshore Funds - PIMCO Absolute Return Strategy V Alpha Fund | WFMBS 2006-6 | WFMBS 2006-6 1A17 | 94984AAS9 | Wells Fargo Mortgage Backed Securities 2006-6 Trust | HSBC Bank (Bellwether) | Depository Trust CO 55 Water St Floor 22 New York, NY 10041 | No prior holder identified | N/A |
| 49 | PIMCO Distressed Senior Credit Opportunities Fund II, L.P. | WFMBS 2006-6 | WFMBS 2006-6 1A22 | 94984AAX8 | Wells Fargo Mortgage Backed Securities 2006-6 Trust | HSBC Bank (Bellwether) | Depository Trust CO 55 Water St Floor 22 New York, NY 10041 | No response | N/A |
| 50 | PIMCO Funds: PIMCO Diversified Income Fund | WFMBS 2006-6 | WFMBS 2006-6 1A8 | 94984AAH3 | Wells Fargo Mortgage Backed Securities 2006-6 Trust | HSBC Bank (Bellwether) | Depository Trust CO 55 Water St Floor 22 New York, NY 10041 | Identified prior holder(s) | State Street Bank and Trust |
| 51 | PIMCO Funds: PIMCO Income Fund | WFMBS 2006-7 | WFMBS 2006-7 3A1 | 94982XAE2 | Wells Fargo Mortgage Backed Securities 2006-7 Trust | HSBC Bank (Bellwether) | Depository Trust CO 55 Water St Floor 22 New York, NY 10041 | No response | N/A |
| 52 | PIMCO Funds: PIMCO Real Return Fund | WFMBS 2006-9 | WFMBS 2006-9 1A19 | 94980SAU9 | Wells Fargo Mortgage Backed Securities 2006-9 Trust | HSBC Bank (Bellwether) | Depository Trust CO 55 Water St Floor 22 New York, NY 10041 | No prior holder identified | N/A |

| # | Plaintiff Fund | Trust | Tranche | CUSIP | Trust Name | Trustee | Location | Subpoena Response | Prior Holder(s) Identified By Purchase Counterparty |
|---|---|---|---|---|---|---|---|---|---|
| 53 | PIMCO Funds: PIMCO Total Return Fund | WFMBS 2006-9 | WFMBS 2006-9 1A9 | 94980SAJ4 | Wells Fargo Mortgage Backed Securities 2006-9 Trust | HSBC Bank (Bellwether) | Depository Trust CO 55 Water St Floor 22 New York, NY 10041 | Identified prior holder(s) | Putnam FZ6<br><br>Putnam Investment Management |
| 54 | PIMCO Funds: PIMCO Commodity Real Return Strategy Fund® | WFMBS 2007-5 | WFMBS 2007-5 2A3 | 94985PAL0 | Wells Fargo Mortgage Backed Securities 2007-5 Trust | HSBC Bank (Bellwether) | Depository Trust CO 55 Water St Floor 22 New York, NY 10041 | No prior holder identified | N/A |
| 55 | PIMCO Funds: PIMCO Real Return Fund | WFMBS 2007-5 | WFMBS 2007-5 2A3 | 94985PAL0 | Wells Fargo Mortgage Backed Securities 2007-5 Trust | HSBC Bank (Bellwether) | Depository Trust CO 55 Water St Floor 22 New York, NY 10041 | No prior holder identified | N/A |
| 56 | PIMCO Absolute Return Strategy V Master Fund LDC | WFMBS 2007-5 | WFMBS 2007-5 2A3 | 94985PAL0 | Wells Fargo Mortgage Backed Securities 2007-5 Trust | HSBC Bank (Bellwether) | Depository Trust CO 55 Water St Floor 22 New York, NY 10041 | No prior holder identified | N/A |
| 57 | Transamerica Life Insurance Company | SEMT 2004-8 | SEMT 2004-8 B | 81744FDQ7 | Sequoia Mortgage Trust 2004-8 | HSBC Bank (Bellwether) | Depository Trust CO 55 Water St Floor 22 New York, NY 10041 | No prior holder identified | N/A |
| 58 | BlackRock CoreAlpha Bond Fund E | ACE 2005-AG1 | ACE 2005-AG1 A2D | 004427CB4 | ACE Securities Corp. Home Equity Loan Trust 2005-AG1 | HSBC Bank (Bellwether) | Depository Trust CO 55 Water St Floor 22 New York, NY 10041 | No response | N/A |
| 59 | BlackRock CoreAlpha Bond Master Portfolio | ACE 2005-AG1 | ACE 2005-AG1 A2D | 004427CB4 | ACE Securities Corp. Home Equity Loan Trust 2005-AG1 | HSBC Bank (Bellwether) | Depository Trust CO 55 Water St Floor 22 New York, NY 10041 | No prior holder identified | N/A |
| 60 | BlackRock CorePlus Bond Fund B | ACE 2005-AG1 | ACE 2005-AG1 A2D | 004427CB4 | ACE Securities Corp. Home Equity Loan Trust 2005-AG1 | HSBC Bank (Bellwether) | Depository Trust CO 55 Water St Floor 22 New York, NY 10041 | No prior holder identified | N/A |
| 61 | BlackRock Fixed Income GlobalAlpha Master Fund Ltd. | ACE 2005-AG1 | ACE 2005-AG1 A2D | 004427CB4 | ACE Securities Corp. Home Equity Loan Trust 2005-AG1 | HSBC Bank (Bellwether) | Depository Trust CO 55 Water St Floor 22 New York, NY 10041 | Identified prior holder(s) | Barclays Bank PLC - London Branch |
| 62 | BlackRock Income Trust, Inc. | DBALT 2006-AR5 | DBALT 2006-AR5 22A | 25150NAU8 | Deutsche ALT-A Securtites Mortgage Loan Trust 2006-AR5 | HSBC Bank (Bellwether) | Depository Trust CO 55 Water St Floor 22 New York, NY 10041 | No prior holder identified | N/A |
| 63 | BlackRock Income Trust, Inc. | SEMT 2005-2 | SEMT 2005-2 XA | 81744FHD2 | Sequoia Mortgage Trust 2005-2 | HSBC Bank (Bellwether) | Depository Trust CO 55 Water St Floor 22 New York, NY 10041 | No prior holder identified | N/A |
| 64 | Sealink Funding Limited | DBALT 2007-OA1 | DBALT 2007-OA1 A3 | 25151VAC9 | Deutsche ALT-A Securtites Mortgage Loan Trust 2007-OA1 | HSBC Bank (Bellwether) | Depository Trust CO 55 Water St Floor 22 New York, NY 10041 | Does not have responsive documents | N/A |
| 65 | Sealink Funding Limited | DBALT 2007-OA1 | DBALT 2007-OA1 M1 | 25151VAD7 | Deutsche ALT-A Securtites Mortgage Loan Trust 2007-OA1 | HSBC Bank (Bellwether) | Depository Trust CO 55 Water St Floor 22 New York, NY 10041 | Does not have responsive documents | N/A |
| 66 | Sealink Funding Limited | DBALT 2007-OA1 | DBALT 2007-OA1 M2 | 25151VAE5 | Deutsche ALT-A Securtites Mortgage Loan Trust 2007-OA1 | HSBC Bank (Bellwether) | Depository Trust CO 55 Water St Floor 22 New York, NY 10041 | Does not have responsive documents | N/A |

| | Plaintiff Fund | Trust | Tranche | CUSIP | Trust Name | Trustee | Location | Subpoena Response | Prior Holder(s) Identified By Purchase Counterparty |
|---|---|---|---|---|---|---|---|---|---|
| 67 | Sealink Funding Limited | MHL 2007-1 | MHL 2007-1 2A11 | 61915YAB7 | MortgageIT Securties Corp. Mortgage Loan Trust, Series 2007-1 | HSBC Bank (Bellwether) | Depository Trust CO 55 Water St Floor 22 New York, NY 10041 | Does not have responsive documents | N/A |
| 68 | Sealink Funding Limited | NHELI 2007-1 | NHELI 2007-1 1A4 | 65537KAY6 | Nomura Home Equity Loan, Inc., Home Equity Loan Trust, Series 2007-1 | HSBC Bank (Bellwether) | Depository Trust CO 55 Water St Floor 22 New York, NY 10041 | Does not have responsive documents | N/A |
| 69 | DZ Bank AG | SEMT 2004-5 | SEMT 2004-5 A2 | 81744FBT3 | Sequoia Mortgage Trust 2005-2 | HSBC Bank (Bellwether) | Depository Trust CO 55 Water St Floor 22 New York, NY 10041 | No prior holder identified | N/A |
| 70 | DZ Bank AG | SEMT 2005-2 | SEMT 2005-2 A1 | 81744FGY7 | Sequoia Mortgage Trust 2005-2 | HSBC Bank (Bellwether) | Depository Trust CO 55 Water St Floor 22 New York, NY 10041 | No prior holder identified | N/A |
| 71 | Kore Advisors LP | DBALT 2006-AR5 | DBALT 2006-AR | 25150NAB0 | Deutsche ALT-A Securtites Mortgage Loan Trust 2006-AR5 | HSBC Bank (Bellwether) | Depository Trust CO 55 Water St Floor 22 New York, NY 10041 | No prior holder identified | N/A |
| 72 | Kore Advisors LP | DBALT 2006-AR5 | DBALT 2006-AR | 25150NAC8 | Deutsche ALT-A Securtites Mortgage Loan Trust 2006-AR5 | HSBC Bank (Bellwether) | Depository Trust CO 55 Water St Floor 22 New York, NY 10041 | No prior holder identified | N/A |
| 73 | The Prudential Insurance Company of America | ACE 2006-OP2 | ACE 2006-OP2 | 00441YAC6 | ACE Securities Corp. Home Equity Loan Trust, Series 2006-OP2 | HSBC Bank (Bellwether) | Depository Trust CO 55 Water St Floor 22 New York, NY 10041 | No prior holder identified | N/A |
| 74 | The Prudential Series Fund | STALT 2006-1F | STALT 2006-1F | 86800RAF8 | SunTrust Alternative Loan Trust 2006-1F | HSBC Bank (Bellwether) | Depository Trust CO 55 Water St Floor 22 New York, NY 10041 | Identified prior holder(s) | UBS Securities LLC, FBO Dillon Read US Finance LP c/o UBS Securities LLC<br><br>Cantor Fitzgerald<br><br>TCW 4470 Westways Funding VII Ltd c/o Trust Company of the West<br><br>Sun Trust Capital Markets, Inc. A/C 094229<br><br>Goldman, Sachs & Co. |
| 75 | The Prudential Insurance Company of America | ACE 2006-OP2 | ACE 2006-OP2 | 00441YAC6 | ACE Securities Corp. Home Equity Loan Trust, Series 2006-OP2 | HSBC Bank (Bellwether) | Depository Trust CO 55 Water St Floor 22 New York, NY 10041 | No prior holder identified | N/A |
| 76 | Teachers Insurance and Annuity Association of America | ACE 2005-AG1 | ACE 2005-AG1 A1B2 | 004427BX7 | ACE Securities Corp. Home Equity Loan Trust, Series 2005-AG1 | HSBC Bank (Bellwether) | Depository Trust CO 55 Water St Floor 22 New York, NY 10041 | Identified prior holder(s) | Bracebridge Capital LLC |
| 77 | Teachers Insurance and Annuity Association of America | WFMBS 2006-19 | WFMBS 2006-19 A2 | 94984VAB0 | Wells Fargo Mortgage Backed Securities 2006-19 Trust | HSBC Bank (Bellwether) | Depository Trust CO 55 Water St Floor 22 New York, NY 10041 | No response | N/A |

| | Plaintiff Fund | Trust | Tranche | CUSIP | Trust Name | Trustee | Location | Subpoena Response | Prior Holder(s) Identified By Purchase Counterparty |
|---|---|---|---|---|---|---|---|---|---|
| 78 | Teachers Insurance and Annuity Association of America | WFMBS 2006-6 | WFMBS 2006-6 1A16 | 94984AAR1 | Wells Fargo Mortgage Backed Securities 2006-6 Trust | HSBC Bank (Bellwether) | Depository Trust CO 55 Water St Floor 22 New York, NY 10041 | Identified prior holder(s) | Salomon Smith Barney Inc./Smith Attn P&S Department<br><br>Goldman, Sachs & Co. |
| 79 | Teachers Insurance and Annuity Association of America | WFMBS 2006-6 | WFMBS 2006-6 1A17 | 94984AAS9 | Wells Fargo Mortgage Backed Securities 2006-6 Trust | HSBC Bank (Bellwether) | Depository Trust CO 55 Water St Floor 22 New York, NY 10041 | No prior holder identified | N/A |
| 80 | Teachers Insurance and Annuity Association of America | WFMBS 2006-6 | WFMBS 2006-6 1A17 | 94984AAS9 | Wells Fargo Mortgage Backed Securities 2006-6 Trust | HSBC Bank (Bellwether) | Depository Trust CO 55 Water St Floor 22 New York, NY 10041 | Identified prior holder(s) | GHMSI |
| 81 | Teachers Insurance and Annuity Association of America | WFMBS 2006-6 | WFMBS 2006-6 1A7 | 94984AAG5 | Wells Fargo Mortgage Backed Securities 2006-6 Trust | HSBC Bank (Bellwether) | Depository Trust CO 55 Water St Floor 22 New York, NY 10041 | Identified prior holder(s) | UBS Securities LLC CMO Trust |
| 82 | Teachers Insurance and Annuity Association of America | WFMBS 2006-9 | WFMBS 2006-9 1A17 | 94980SAS4 | Wells Fargo Mortgage Backed Securities 2006-9 Trust | HSBC Bank (Bellwether) | Depository Trust CO 55 Water St Floor 22 New York, NY 10041 | No response | N/A |
| 83 | Teachers Insurance and Annuity Association of America | WFMBS 2006-9 | WFMBS 2006-9 1A33 | 94980SBJ3 | Wells Fargo Mortgage Backed Securities 2006-9 Trust | HSBC Bank (Bellwether) | Depository Trust CO 55 Water St Floor 22 New York, NY 10041 | No response | N/A |