# EXHIBIT 1

## BlackRock – 12 Missing and 6 Incomplete Custodians

- BlackRock has produced over 690,000 documents to date (totaling over 5,100,000 pages)

| Agreed-Upon Custodians | Document Count |
|---|---|
| Anderson, Keith | 0 |
| Chang, Hui-Chen | 0 |
| D'Vari, Ron | 0 |
| Khankin, Michael | 0 |
| Kopstein, Todd | 0 |
| Moeller, Ulf | 0 |
| Powers, Laura | 0 |
| Reiss, Alexander | 0 |
| Sumaithangi, Sriram | 0 |
| Yalamanchili, Kishore | 0 |
| Yu, Sally | 0 |
| Zalaznick, Brian | 0 |
| Amero, Scott | 305 |
| Rivera, Gabriel | 1,366 |
| Chen, Philip | 2,983 |
| Thuruthimattam, Biju | 4,615 |
| Hilton, Jeff | 7,066 |
| Perkins, Brad | 7,272 |
| Pellicciaro, Eric | 12,732 |
| MacDonald, Sean | 15,520 |
| Musmanno, Thomas | 17,095 |
| Incoglu, Ibrahim | 19,144 |
| Canada, Brent | 19,954 |
| Witko, Ryan | 22,820 |
| Teleanu, Florin | 23,020 |
| Goss, Xavier | 23,528 |
| Chesney, David | 24,261 |
| Gallagher, John | 25,036 |
| Armistead, Clay | 25,656 |
| Vibert, John | 30,903 |
| Levi, Adam | 31,055 |
| Marquez, Carolina | 34,607 |
| Carney, David | 37,413 |
| O'Hara, Matt | 38,714 |
| Sebring, Marshall | 38,789 |

| **Agreed-Upon Custodians** | **Document Count** |
|---|---|
| Robertson, Randy | 54,188 |
| Sion, Ron | 67,580 |
| Kraeger, Matthew | 104,241 |

## PIMCO – 10 Incomplete Custodians

- PIMCO has produced over 2,700,000 documents to date (totaling over 19,600,000 pages)
- Of those documents, over 168,000 were produced after August 11 (totaling over 3,300,000 pages)

| Agreed-Upon Custodians | Document Count |
|---|---|
| Bridwell, Jennifer | 6,220 |
| Hyman, Dan | 6,407 |
| Van Akkeren, Marco | 6,834 |
| Simon, Scott | 8,341 |
| Padmanabhan, Lalantika | 9,825 |
| Gross, William H. | 12,981 |
| Bhansali, Vineer | 13,269 |
| Bui, Giang | 23,764 |
| Gu, Haidu | 27,607 |
| Ivascyn, Dan | 32,773 |
| Smith, Kent | 170,823 |
| Yang, Jing | 237,975 |
| Bansal, Sharad | 311,645 |
| Anderson, Josh | 538,908 |
| Murata, Alfred | 1,316,992 |

## Prudential – 9 Incomplete Custodians

- Prudential has produced over 439,000 documents to date (totaling over 2,300,000 pages)

| Agreed-Upon Custodians | Document Count |
|---|---|
| Knapp, Frederick | 3 |
| Mahmoud, Emad | 112 |
| Laurita, Thomas | 557 |
| Ianev, Bogdan | 1,663 |
| Heard, Kenneth J. | 1,700 |
| Ponn, Carla | 2,219 |
| Nikitin, Evengy | 3,323 |
| Hyunsook, Kang | 7,166 |
| Lam, Newton | 7,749 |
| Zou, Sherry (Qian) | 8,607 |
| Motzer, Michelle | 11,834 |
| Lillard, Michael K. | 12,717 |
| Brophy, Joseph | 16,991 |
| Smith, Douglas | 17,651 |
| Han, Kyuho | 25,493 |
| Rogers, Richard B. | 56,819 |
| Motta, Scott | 73,969 |
| Freitag, Peter | 132,725 |
| Sabapathi, Mani | 146,059 |
| Kamberi, Nobel | 155,014 |

## DZ Bank – 8 Missing Custodians

- DZ Bank has produced over 33,800 documents to date (totaling over 99,700 pages)
- Of those documents, over 6,500 were produced after August 11 (totaling over 10,000 pages)

| Agreed-Upon Custodians | Document Count |
|---|---|
| Amendola, Carl | 0 |
| Baun, Jeffrey | 0 |
| Buckley, Simon | 0 |
| Goebler, Wolfgang | 0 |
| O'Connor, Nancy | 0 |
| Ravinet, Monica | 0 |
| Ritz, Bruce | 0 |
| Schmidt, Gerhard | 0 |

## Kore – 5 Missing Custodians

- Kore has produced over 195,000 documents to date (totaling over 7,500,000 pages)
- Of those documents, over 195,000 were produced after August 11 (totaling over 1,750,000 pages)

| Agreed-Upon Custodians | Document Count |
|---|---|
| Craft, Darren | 0 |
| Herman, Alex | 0 |
| Kosinski, Gary | 0 |
| Kessler, David | 0 |
| Maceira, Julio | 0 |

## AEGON – 4 Incomplete Custodians

- AEGON has produced over 1,800,000 documents to date (totaling over 7,600,000 pages)

| Agreed-Upon Custodians | Document Count |
|---|---|
| Woods, Clint | 130 |
| Weigel, Kevin | 425 |
| McIntosh, Andrew | 1,680 |
| Purnell, Kenneth | 3,239 |
| Smedley, Robert | 12,702 |
| Kremer, Kayla | 42,561 |
| Buese, Kirk | 48,697 |
| Opp, Steve | 52,830 |
| Koch, Mark | 96,742 |
| Baskin, James | 266,079 |
| Foster, Charles | 527,541 |
| Norris, Calvin | 767,480 |

## Sealink – 2 Incomplete Custodians

- Sealink has produced over 3,600 documents to date (totaling over 80,000 pages)

| Agreed-Upon Custodians | Document Count |
|---|---|
| Glomski, Terrence | 157 |
| de Francisci, Paul | 325 |

# TIAA – 48 Missing Custodians

- TIAA has produced over 150,000 documents to date (totaling over 2,800,000 pages)
- Of those documents, over 111,000 were produced after August 11 (totaling over 2,500,000 pages)

| Agreed-Upon Custodians | Document Count |
|---|---|
| Albert, Mike | 0 |
| Ashton, Keith | 0 |
| Atkinson, Keith | 0 |
| Bader, Iris | 0 |
| Becker, Brandon | 0 |
| Bhagat, Victor | 0 |
| Black, Lisa | 0 |
| Caleca, Paul | 0 |
| Carickhoff, Rob | 0 |
| Cerra, John | 0 |
| Chao, Albert | 0 |
| Denize, Yves | 0 |
| Dugaw, Marcus | 0 |
| Eisenhauer, Stacy | 0 |
| Feigelson, Jon | 0 |
| Forgione, Bill | 0 |
| Fulmer (Cho), Shirley | 0 |
| Goff, Phil | 0 |
| Grosso, Suzanne | 0 |
| Haggett, Evan | 0 |
| Haines, Michelle | 0 |
| Higgins, Joe | 0 |
| Honda, Sajeev | 0 |
| Koudinov, Youriy | 0 |
| Liberatore, Steve | 0 |
| Lipton, Andrew | 0 |
| Lummus, Jimmy | 0 |
| Martin, Bill (William) | 0 |
| Martin, Bridget | 0 |
| Mattison, Charles | 0 |
| McCally, John | 0 |
| Moraino, Ian | 0 |
| Morriss, John | 0 |
| Nabors, Robert (Tim) | 0 |

| Agreed-Upon Custodians | Document Count |
|---|---|
| Nelson, Duane | 0 |
| Nelson, Joyce | 0 |
| Palmer, Richard | 0 |
| Parekh, Aashh | 0 |
| Pierre Merritt, Marjorie | 0 |
| Price, Tom | 0 |
| Pryor, Carranza | 0 |
| Quinn, Cathy | 0 |
| Rosa, Eileen | 0 |
| Saari, Eric | 0 |
| Sterman, Steven | 0 |
| Travaglino, Nick | 0 |
| Virgilio, Steve | 0 |
| Wilkinson, Bill | 0 |

## NCUA – 2 Missing and 3 Incomplete Custodians

- NCUA has produced over 4,100,000 documents to date (totaling over 7,500,000 pages)

| Agreed-Upon Custodians | Document Count |
|---|---|
| Crowley, John | 0 |
| Lonski, John | 0 |
| Jones, Rendell | 71 |
| Barton, Mike | 633 |
| Klein, Don | 1899 |