KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.
SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215

(202) 326-7900

FACSIMILE:
(202) 326-7999

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/06/2017

**Via ECF**
The Honorable Sarah Netburn
United States District Court for the Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 430
New York, NY 10007

      Re: *Coordinated RMBS Trustee Litigation against HSBC Bank USA, N.A.*, Nos. 14-cv-8175; 14-cv-9366; 14-cv-10101; 15-cv-02144; 15-cv-10032; 15-cv-10096

Dear Judge Netburn:

      I write on behalf of consolidated plaintiffs in the above-captioned cases to withdraw plaintiffs' pending motion to compel 14-hour depositions of two HSBC witnesses, Thomas Musarra and Fernando Acebedo. That motion was submitted to the Court via email, but not publicly on ECF, pursuant to Your Honor's Individual Rule III.d. The parties have reached a mutually agreeable compromise on those depositions.

      Separately, the final footnote of plaintiffs' withdrawn motion discussed objections by counsel for HSBC that plaintiffs believe are improper. The parties have not reached any agreement or compromise on that issue, and plaintiffs maintain their position and reserve all rights to challenge such conduct particularly at future depositions in these cases.

                                          Respectfully submitted,

                                          */s/ Scott K. Attaway*

                                          Scott K. Attaway

---

As guidance for future depositions, the parties are directed to Federal Rule of Civil Procedure 30(c)(2) - "An objection must be stated concisely in a nonargumentative and **nonsuggestive** manner." Therefore, "speaking objections" that signal to a witness how to answer (or avoid answering) a question are prohibited.
**SO ORDERED.**

                                          SARAH NETBURN
                                          United States Magistrate Judge

New York, New York
March 6, 2017