March 31, 2017

**VIA ECF**
The Honorable Sarah Netburn
United States District Court for the
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 430
New York, NY 10007

      Re:    *Coordinated RMBS Trustee Litigation against HSBC Bank USA, N.A.*, Nos. 14-cv-8175; 14-cv-9366; 14-cv-10101; 14-cv-02144; 15-cv-10032, 15-cv-10096

Dear Judge Netburn:

      We write jointly on behalf of coordinated plaintiffs and defendant HSBC Bank USA, N.A., in response to the Court's March 23, 2017 Order directing the parties "to identify any anticipated expert discovery that will not be affected by the plaintiffs' appeal of the Sampling Opinion." The parties met and conferred and set forth their respective positions below.

      Plaintiffs state that all of their expert reports will be affected by their objections to the Sampling Opinion, with the exception of class certification expert reports in connection with class certification briefing in the *BlackRock* and *Royal Park* Actions, which are proceeding on the schedule ordered by the Court (14-9366, Dkt. No. 273; 14-8175, Dkt. No. 244). Plaintiffs' sampling and re-underwriting expert reports are dependent on the permissibility of sampling and the loans that ultimately will be re-underwritten, which will be affected by the resolution of the Sampling Opinion. Plaintiffs' other expert reports, including trustee standard of care, servicing, and damages, likewise are inextricably intertwined with the re-underwriting results and resolution of plaintiffs' objections to the Sampling Opinion. For example, a core component of a damages report will constitute the sums that could have been obtained through the repurchase of defective loans as evidenced by the re-underwriting results. The re-underwriting results likewise will materially inform reports on a trustee's standard of care and mortgage loan servicing.

      Based on Plaintiffs' representations concerning the subject matter of their anticipated expert reports, HSBC expects its expert reports will be comprised principally of rebuttal expert reports. As a result, HSBC's expert reports will be affected by plaintiffs' objections to the Sampling Opinion to the extent plaintiffs' expert reports will be affected by the resolution of the objections.

      The parties will continue to expeditiously advance the case for trial while plaintiffs' objections are pending by, among other things, completing all remaining fact depositions, including Rule 30(b)(6) depositions, and working to resolve any remaining fact discovery issues.

Honorable Sarah Netburn
March 31, 2017
Page 2

      Respectfully submitted,

*/s/ Benjamin Galdston*
Benjamin Galdston
Bernstein Litowitz Berger
   & Grossmann LLP
*Counsel for Plaintiffs BlackRock Balanced Capital Portfolio (FI), et al.*

*/s/ Christopher M. Wood*
Christopher M. Wood
Robbins Geller Rudman
   & Dowd LLP
*Counsel for Plaintiff Royal Park Investments SA/NV*

*/s/ Niraj J. Parekh*
Niraj J. Parekh
Wollmuth Maher
   & Deutsch LLP
*Counsel for Plaintiffs Phoenix Light SF Limited, et al. and Commerzbank AG*

*/s/ Scott K. Attaway*
Scott K. Attaway
Kellogg, Hansen, Todd
   Figel & Frederick,
   P.L.L.C.
*Counsel for Plaintiffs National Credit Union Administration Board, et al.*

*/s/ Edward C. Reddington*
Edward C. Reddington
Williams & Connolly LLP
*Counsel for HSBC Bank USA, N.A.*

*/s/ John G. Moon*
John G. Moon
Miller & Wrubel PC
*Counsel for Plaintiffs Triaxx Prime CDO 2006-1, Ltd., et al.*