UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLACKROCK BALANCED CAPITAL PORTFOLIO (FI), *et al.*,<br><br>            Plaintiffs,<br><br>      v.<br><br>HSBC BANK USA, NATIONAL ASSOCIATION,<br><br>            Defendant. | Case No. 14-cv-9366-LGS-SN |

**MOTION FOR WITHDRAWAL OF ATTORNEY NIKI L. MENDOZA**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Rule 1.4 of the Local Civil Rules of the United States District Court for the Southern District of New York, Bernstein Litowitz Berger & Grossmann LLP ("BLBG"), attorneys of record for Plaintiffs in the above-captioned action, move to withdraw Niki L. Mendoza, a lawyer formerly associated with the firm, as attorney of record for the Plaintiffs.

Withdrawal is sought due to the fact that Ms. Mendoza no longer is an attorney at BLBG. The Plaintiffs do not object to the withdrawal of Ms. Mendoza. The BLBG attorneys of record identified on ECF for this matter continue to represent the Plaintiffs.

Wherefore, for good cause shown, BLBG respectfully requests a Court order granting the withdrawal of Niki L. Mendoza as attorney of record in this matter.

Dated: June 7, 2017               Respectfully submitted,

                                  */s/ Benjamin Galdston*
                                  BENJAMIN GALDSTON

                                  Blair A. Nicholas
                                  Timothy A. DeLange
                                  Benjamin Galdston
                                  Brett M. Middleton
                                  Richard D. Gluck
                                  Lucas E. Gilmore
                                  Robert S. Trisotto
                                  BERNSTEIN LITOWITZ BERGER
                                     & GROSSMANN LLP
                                  12481 High Bluff Drive, Suite 300
                                  San Diego, CA  92130
                                  Tel:   (858) 793-0070
                                  Fax:   (858) 793-0323

                                  *Counsel for the Plaintiffs*