# BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

### ATTORNEYS AT LAW

NEW YORK • CALIFORNIA • ILLINOIS • LOUISIANA

TIMOTHY A. DELANGE
timothyd@blbglaw.com
(858) 720-3186

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/4/17

December 1, 2017

**VIA ECF**

Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *BlackRock Balanced Capital Portfolio (FI), et al. v. HSBC Bank USA, N.A.*, 14-cv-9366-LGS-SN; *Royal Park Invs. SA/NV v. HSBC Bank USA, N.A.*, 14-cv-8175-LGS-SN

Dear Judge Schofield:

On behalf of the *BlackRock* Plaintiffs, we write to respectfully request a one-day adjournment of the December 19, 2017 hearing on Plaintiffs' pending Motions for Class Certification to **December 20, 2017**.

Good cause exists for the requested adjournment, as trial counsel for the *BlackRock* Plaintiffs has a preexisting scheduling conflict. In particular, counsel must appear for oral argument on December 19 at 9:30 a.m. in *BlackRock Core Bond Portfolio, et al., v. U.S. Bank, National Association*, 14-cv-9401 (S.D.N.Y.), which has been on calendar since August 31, 2017.

Counsel for the *BlackRock* Plaintiffs have met and conferred with counsel for Plaintiff Royal Park Invs. SA/NV and Defendant HSBC Bank USA, N.A., which both confirmed their availability on December 20 and their consent to the requested adjournment.

This is the first request for adjournment of the hearing on Plaintiffs' pending Motions for Class Certification. This adjournment will not affect any other scheduled dates.

Respectfully submitted,

*/s/ Timothy A. DeLange*

Timothy A. DeLange

Application GRANTED in part. The oral argument is adjourned to January 10, 2018, at 3:45 p.m.

Dated: December 4, 2017
   New York, New York

12481 HIGH BLUFF DRIVE • SUITE ____ 3582
TELEPHONE: 858-793-0070 • www.___

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**