# BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

ATTORNEYS AT LAW

NEW YORK • CALIFORNIA • ILLINOIS • LOUISIANA

TIMOTHY A. DELANGE
timothyd@blbglaw.com
(858) 720-3186

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/17/18

January 12, 2018

**VIA ECF**

Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Application GRANTED in part.  The oral argument is adjourned to February 7, 2018, at 10:40 a.m.

Dated: January 17, 2018
New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

Re: *BlackRock Balanced Capital Portfolio (FI), et al. v. HSBC Bank USA, N.A.*, 14-cv-9366-LGS-SN; *Royal Park Invs. SA/NV v. HSBC Bank USA, N.A.*, 14-cv-8175-LGS-SN

Dear Judge Schofield:

On behalf of the *BlackRock* Plaintiffs, we write to respectfully request a brief adjournment of the January 31, 2018 hearing on Plaintiffs' pending Motions for Class Certification to **February 6, 2018**.

Good cause exists for the requested adjournment, as trial counsel for the *BlackRock* Plaintiffs has a preexisting scheduling conflict. In particular, counsel must appear for oral argument on January 31 at 9:30 a.m. in *BlackRock Core Bond Portfolio, et al., v. U.S. Bank, National Association*, 14-cv-9401 (S.D.N.Y.), which was rescheduled to that date on December 15, 2017.

Counsel for the *BlackRock* Plaintiffs have met and conferred with counsel for Plaintiff Royal Park Invs. SA/NV and Defendant HSBC Bank USA, N.A., which both confirmed their availability on February 6, 2018 and their consent to the requested adjournment.

This is the second request for adjournment of the hearing on Plaintiffs' pending Motions for Class Certification. The first request for adjournment was granted. This adjournment will not affect any other scheduled dates. Thank you for your attention to this matter.

Respectfully submitted,

Timothy A. DeLange

cc: All Counsel of Record via ECF