**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROYAL PARK INVESTMENTS SA/NA,<br><br>        Plaintiff,<br><br>v.<br><br>HSBC BANK USA, NATIONAL ASSOCIATION,<br><br>        Defendant. | Case No. 14-CV-8175-LGS-SN |
| BLACKROCK BALANCED CAPITAL PORTFOLIO (FI), *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>HSBC BANK USA, NATIONAL ASSOCIATION,<br><br>        Defendant. | Case No. 14-CV-9366-LGS-SN |
| PHOENIX LIGHT SF LIMITED, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>HSBC BANK USA, NATIONAL ASSOCIATION,<br><br>        Defendant. | Case No. 14-CV-10101-LGS-SN |
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>HSBC BANK USA, NATIONAL ASSOCIATION,<br><br>        Defendant. | Case No. 15-CV-2144-LGS-SN |

COMMERZBANK,

        Plaintiff,

     v.

HSBC BANK USA, NATIONAL ASSOCIATION,

        Defendant.

Case No. 15-CV-10032-LGS-SN

TRIAXX PRIME CDO 2006-1, *et al.*,

        Plaintiffs,

     v.

HSBC BANK USA, NATIONAL ASSOCIATION,

        Defendant.

Case No. 15-CV-10096-LGS-SN

## MOTION FOR WITHDRAWAL
## OF ATTORNEY ERIC C. WIENER

Pursuant to Rule 1.4 of the Local Civil Rules of the United States District Court for the Southern District of New York, Williams & Connolly LLP, attorneys of record for Defendant HSBC Bank USA, National Association ("HSBC") in the above-captioned actions, moves to withdraw Eric C. Wiener as an attorney of record for HSBC.

Withdrawal is sought due to Mr. Wiener's departure as attorney of record from Williams & Connolly LLP.  HSBC continues to be represented by all other Williams & Connolly LLP attorneys of record identified on the CM/ECF docket.

For good cause shown, Williams & Connolly LLP respectfully requests a Court order granting the withdrawal of Eric C. Wiener as attorney of record in these matters.

Respectfully submitted,

Date: May 31, 2018

/s/ Edward C. Reddington
George A. Borden
Kevin M. Hodges (*pro hac vice*)
Andrew W. Rudge  (*pro hac vice*)
Edward C. Reddington (*pro hac vice*)
Vidya Atre Mirmira (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
gborden@wc.com
khodges@wc.com
arudge@wc.com
ereddington@wc.com
vmirmira@wc.com

*Counsel for HSBC Bank USA, N.A.*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2018, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record in this matter who are on the CM/ECF system.

/s/ Edward C. Reddington
Edward C. Reddington