```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/31/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BLACKROCK BALANCED CAPITAL
PORTFOLIO (FI), et al.,

               Plaintiffs,

v.

HSBC BANK USA, NATIONAL
ASSOCIATION,

               Defendant.

14-CV-9366-LGS-SN

---

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE OF PLAINTIFFS' CLAIMS CONCERNING HOMESTAR MORTGAGE ACCEPTANCE CORP. 2004-3 AND HOMESTAR MORTGAGE ACCEPTANCE CORP. 2004-4 TRUSTS

WHEREAS, certain Plaintiffs assert claims against Defendant HSBC Bank USA, National Association ("HSBC") for the following two (2) Trusts in this action:

    Homestar Mortgage Acceptance Corp. 2004-3
    Homestar Mortgage Acceptance Corp. 2004-4

(together, the "Two HMAC Securitizations");

WHEREAS, Bimini Capital Management, Inc. ("Bimini") is the holder of 100 percent interest in each of the Class C Certificates issued in connection with the Two HMAC Securitizations;

WHEREAS, on June 28, 2018, Bimini informed the related trustee and securities administrator of its intention to exercise its Optional Termination Rights under the Pooling and Servicing Agreements which govern the Two HMAC Securitizations indicating a final distribution date of August 27, 2018;

1

WHEREAS, the Optional Termination Rights exercised by Bimini provide Bimini or its designee with the right to purchase or cause the purchase of all outstanding mortgage loans and REO properties and other assets of the Two HMAC Securitizations and will result in all principal and interest to be paid in full to each of the outstanding classes of Certificates in the Two HMAC Securitizations, other than the Class C Certificates held by Bimini;

WHEREAS, Bimini, as holder of the Class C Certificates, believes it will be the only party that sustains any losses in connection with the termination of the Two HMAC Securitizations;

WHEREAS, Bimini has requested that the Two HMAC Securitizations be dismissed from the lawsuit against HSBC because in the absence of such dismissal the Plaintiffs' claims concerning the Two HMAC Securitizations would trigger the imposition of a material holdback in connection with Bimini's exercise of the Optional Termination Rights; and

WHEREAS, based upon Bimini's specific assurances that there will not be any losses to any party other than Bimini with respect to the Two HMAC Securitizations, Plaintiffs wish to voluntarily dismiss with prejudice the claims against HSBC as to the Two HMAC Securitizations; and therefore

IT IS HEREBY STIPULATED AND AGREED, by and among counsel for Plaintiffs, HSBC and Bimini that:

1. Plaintiffs' claims against HSBC in this action arising out of or related to the Two HMAC Securitizations are voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own respective costs and attorney's fees.

2. This voluntary dismissal with prejudice shall apply only with respect to the Two HMAC Securitizations, identified herein, and shall not apply to Plaintiffs' claims regarding other trusts that are at issue in this action.

Dated: July 31, 2018
New York, New York

SO ORDERED

*[signature]*

HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

DATED: July 30, 2018

_____          _____
BENJAMIN GALDSTON                   EDWARD C. REDDINGTON

David R. Stickney                   Kevin M. Hodges
Timothy A. DeLange                  George A. Borden
Benjamin Galdston                   Andrew W. Rudge
Lucas E. Gilmore                    Edward C. Reddington
BERNSTEIN LITOWITZ BERGER           Vidya A. Mirmira
 & GROSSMANN LLP                    WILLIAMS & CONNOLLY LLP
12481 High Bluff Drive, Suite 300   725 Twelfth Street, N.W.
San Diego, CA 92130                 Washington, DC 20005-5901
Tel: (858) 793-0070                 Tel: (202) 434-5000
Fax: (858) 793-0323                 Fax: (202) 434-5029
Email: davids@blbglaw.com           Email: gbordon@wc.com
       timothyd@blbglaw.com                khodges@wc.com
       beng@blbglaw.com                    arudge@wc.com
       lucas.gilmore@blbglaw.com           ereddington@wc.com
                                           vmirmira@wc.com

*Attorneys for Plaintiffs BlackRock
Balanced Capital Portfolio (FI), et al.*   *Attorneys for Defendant HSBC Bank USA, N.A.*


_____
PATRICK J. BOYLE

Patrick J. Boyle
VENABLE, LLP
1270 Avenue of the Americas, 24th Fl.
New York, NY 10020
Tel: (212) 307-5500
Fax: (212) 307-5598
Email: pboyle@venable.com

*Attorneys for Bimini
Capital Management, Inc.*

DATED: July 30, 2018

| BENJAMIN GALDSTON | KEVIN M. HODGES |
|---|---|

David R. Stickney
Timothy A. DeLange
Benjamin Galdston
Lucas E. Gilmore
BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323
Email: davids@blbglaw.com
   timothyd@blbglaw.com
   beng@blbglaw.com
   lucas.gilmore@blbglaw.com

*Attorneys for Plaintiffs BlackRock*
*Balanced Capital Portfolio (FI), et al.*

PATRICK J. BOYLE

Patrick J. Boyle
VENABLE, LLP
1270 Avenue of the Americas, 24th Fl.
New York, NY 10020
Tel: (212) 307-5500
Fax: (212) 307-5598
Email: pboyle@venable.com

*Attorneys for Bimini*
*Capital Management, Inc.*

Kevin M. Hodges
George A. Borden
Andrew W. Rudge
Edward C. Reddington
Vidya A. Mirmira
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005-5901
Tel: (202) 434-5000
Fax: (202) 434-5029
Email: gbordon@wc.com
   khodges@wc.com
   arudge@wc.com
   ereddington@wc.com
   vmirmira@wc.com

*Attorneys for Defendant HSBC Bank USA, N.A.*