UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLACKROCK BALANCED CAPITAL PORTFOLIO (FI), et al.,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>HSBC BANK USA, NATIONAL ASSOCIATION,<br><br>　　　　　Defendant. | Case No. 14-cv-09366-LGS-SN<br><br>STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) AND [PROPOSED] ORDER |

　　　　Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all Plaintiffs and Defendant (each a "Party") who have appeared in the above-specified action (the "Action"), by and through their respective counsel of record, hereby stipulate to Plaintiffs' dismissal of the Action, with prejudice. No Party shall seek from any other Party recovery of its costs and/or attorneys' fees.

Dated: May 14, 2019

_____  _____
Timothy A. DeLange (Admitted *Pro Hac Vice*)   Kevin M. Hodges
Richard D. Gluck (Admitted *Pro Hac Vice*)     George A. Borden
BERNSTEIN LITOWITZ BERGER                      Andrew W. Rudge
   & GROSSMANN LLP              Edward C. Reddington
12481 High Bluff Drive, Suite 300              WILLIAMS & CONNOLLY LLP
San Diego, CA 92130                            725 Twelfth Street, N.W.
Tel:   (858) 793-0070           Washington, D.C. 20005-5901
Email: timothyd@blbglaw.com                    Tel:   (202) 434-5000
      rich.gluck@blbglaw.com   Email: khodges@wc.com
                        gborden@wc.com

*Counsel for the Plaintiffs Blackrock Balanced*          arudge@wc.com
*Capital Portfolio (Fl), et al.*          ereddington@wc.com

*Attorneys for Defendant HSBC Bank USA, N.A.*

SO ORDERED:

_____
Honorable Lorna G. Schofield
United States District Judge