USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/15/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLACKROCK BALANCED CAPITAL PORTFOLIO (FI), et al., | Case No. 14-cv-09366-LGS-SN |
| Plaintiffs, | **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) AND** ~~[PROPOSED]~~ **ORDER** |
| v. | |
| HSBC BANK USA, NATIONAL ASSOCIATION, | |
| Defendant. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all Plaintiffs and Defendant (each a "Party") who have appeared in the above-specified action (the "Action"), by and through their respective counsel of record, hereby stipulate to Plaintiffs' dismissal of the Action, with prejudice.  No Party shall seek from any other Party recovery of its costs and/or attorneys' fees.

So Ordered.  The Clerk of Court is respectfully directed to close the case.

Dated: May 15, 2019
          New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

-1-

Dated:  May 14, 2019

Timothy A. DeLange (Admitted *Pro Hac Vice*)
Richard D. Gluck (Admitted *Pro Hac Vice*)
BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP
12481 High Bluff Drive, Suite 300
San Diego, CA  92130
Tel:    (858) 793-0070
Email:  timothyd@blbglaw.com
        rich.gluck@blbglaw.com

*Counsel for the Plaintiffs Blackrock Balanced
Capital Portfolio (Fl), et al.*

Kevin M. Hodges
George A. Borden
Andrew W. Rudge
Edward C. Reddington
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901
Tel:    (202) 434-5000
Email:  khodges@wc.com
        gborden@wc.com
        arudge@wc.com
        ereddington@wc.com

*Attorneys for Defendant HSBC Bank USA,
N.A.*